# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

DAVID WADE BARTLETT, :
:
    Petitioner, :
:
v. : CASE NO.: 5:09-cv-53 (WLS)
:
VANESSA O'DONNELL, :
:
    Respondent. :
_____ :

## ORDER

Pending before the Court is a Report and Recommendation from United States Magistrate Judge Charles H. Weigle, filed May 16, 2011. (Doc. 17). It is recommended that Petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254 (*see* Doc. 1), and a certificate of appealability be denied. (Doc. 17 at 7). The Report and Recommendation provided the Parties with fourteen days[1] from the date of its service to file written objections to the recommendations therein. (*Id.* at 7). The period for filing objections expired on Tuesday, May 31, 2011, and no objections have been filed to date.[2] (*See* Docket).

In view of the absence of any objections from the record of this case and the Court's consideration of the record as a whole, United States Magistrate Judge Weigle's May 16, 2011 Report and Recommendation (Doc. 17) is **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

[2] Because the actual deadline for filing objections—Monday, May 30, 2011—fell on a legal holiday, the deadline was extended to Tuesday, May 31, 2011. *See* Fed. R. Civ. P. 6(a)(1)(C).

federal habeas corpus petition, brought pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DENIED**. The Court further **DENIES** Petitioner a certificate of appealability.

    **SO ORDERED**, this  6th  day of June 2011.

                                              /s/ W. Louis Sands
                                              **THE HONORABLE W. LOUIS SANDS,**
                                              **UNITED STATES DISTRICT COURT**